1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  IAN HOFFMANN

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | Case No.: 2:21-cr-017 MCE
12 |                                        |
   |        Plaintiff,                      |
13 |                                        | STIPULATION AND ORDER
   | vs.                                    | CONTINUING STATUS CONFERENCE
14 |                                        | AND EXCLUDING TIME UNDER THE
   | IAN HOFFMANN,                          | SPEEDY TRIAL ACT
15 |                                        |
16 |        Defendant.                      | Date:   March 25, 2021
   |                                        | Time:   10:00 a.m.
17 |                                        | Court:  Hon. Morrison C. England, Jr.
18

19

20

21

22
       Plaintiff United States of America by and through Assistant United States Attorney Paul
23
   Hemesath, and Attorney Todd Leras on behalf of Defendant Ian Hoffmann, stipulate as follows:
24
       1.  This matter is presently set for an initial status conference on March 25, 2021. By
25
           this stipulation, Defendant Hoffmann moves to continue the status conference to May
26
27         20, 2021.
   ORDER CONTINUING STATUS
28 CONFERENCE

2. This case involves nation-wide distribution of controlled substances through a portion of the internet known as the dark web. Ian Hoffmann was originally arrested on charges set out in a Criminal Complaint and Supporting Affidavit in May 2019. The prosecutor first assigned to the matter negotiated a potential disposition of the case, but recently departed for a position in private practice. The defense continues to engage in investigation of sentencing mitigation information. Those efforts have been hampered due to the continuing public health crisis resulting from the virus designated as COVID-19.

3. Federal and state directives seeking to slow spread of the virus presently remain in place. These directives now appear to be easing, but they nevertheless continue to impede the defense's ability to complete mitigation investigation. Defendant Hoffmann therefore requests to continue this matter to May 20, 2021.

4. The Chief Judge for the Eastern District of California has issued a series of orders, including General Orders 612, 617, 618, 620, 624, and 628, restricting access to federal courthouses within the district since March 18, 2020. The most recent of these orders, General Order 628, issued on January 4, 2021, extended the courthouse restrictions for 90-days from the issuance date – or until approximately April 5, 2021.

5. Given the ongoing defense investigation, Defendant Hoffmann requests to continue the status conference in this matter to May 20, 2021, at 10:00 a.m., and to exclude time between March 25, 2021 and May 20, 2021, inclusive, under Local Code T-4. The United States does not oppose this request.

ORDER CONTINUING STATUS CONFERENCE

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Hoffmann the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Hoffmann requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 25, 2021 to May 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Hoffmann's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Paul Hemesath has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  March 22, 2021 PHILLIP A. TALBERT
Acting United States Attorney

By   */s/ Todd D. Leras for*
PAUL A. HEMESATH
Assistant United States Attorney

ORDER CONTINUING STATUS CONFERENCE

DATED: March 22, 2021

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
IAN HOFFMANN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 25, 2021, is vacated. A new status conference is scheduled for May 20, 2021, at 10:00 a.m. The Court further finds, based on the representations of the parties and Defendant Hoffmann's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 25, 2021, up to and including May 20, 2021.

IT IS SO ORDERED.

Dated: March 23, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE