LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
IAN HOFFMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN HOFFMANN,<br><br>Defendant. | Case No.: 2:21-cr-017 JAM<br><br>STIPULATION AND ORDER REQUESTING TO SET STATUS CONFERENCE FOLLOWING REASSIGNMENT OF CASE<br><br>Date: July 27, 2021<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney Samuel Stefanki, and Attorney Todd Leras on behalf of Defendant Ian Hoffmann, stipulate as follows:

1. The parties request that this matter be set for a status conference before United States District Court Judge John A. Mendez on July 27, 2021, at 9:30 a.m. The parties

ORDER SETTING STATUS
CONFERENCE FOLLOWING
REASSIGNMENT OF CASE

further request that the time between May 20, 2021 and July 27, 2021 be excluded for attorney preparation as previously requested in a stipulation between the parties filed on May 11, 2021 (ECF Entry 71). This request follows an order reassigning the matter from United States District Court Judge Morrison C. England, Jr., to United States District Judge John A. Mendez.

2. This case involves nation-wide distribution of controlled substances through a portion of the internet known as the dark web. The prosecutor first assigned to the matter negotiated a potential disposition of the case prior to his departure for private practice in March 2021. The proposed plea agreement expressly allows the defense to offer sentencing mitigation information pursuant to the factors set out in 18 U.S.C. § 3553(a). The defense continues to engage in investigation of such sentencing mitigation information. Those efforts have been hampered due to the continuing public health crisis resulting from the virus designated as COVID-19.

3. Federal and state directives seeking to slow spread of the virus presently remain in place. These directives now appear to be easing, but they nevertheless continue to impede the defense's ability to complete mitigation investigation. Defendant Hoffmann therefore requests to continue this matter to July 27, 2021.

4. The Chief Judge for the Eastern District of California has issued a series of General Orders (612, 617, 618, 620, 624, 628, and 630) restricting access to federal courthouses within the district since March 18, 2020. The most recent of these orders, General Order 630, issued on April 2, 2021, extended the courthouse restrictions for up to an additional 90-days from the issuance date – or for as long as

ORDER SETTING STATUS
CONFERENCE FOLLOWING
REASSIGNMENT OF CASE

up to approximately July 1, 2021.

5. Given the ongoing defense investigation, Defendant Hoffmann requests to continue the status conference in this matter to July 27, 2021, at 9:30 a.m., and to exclude time between May 20, 2021 and July 27, 2021, inclusive, under Local Code T-4. The United States does not oppose this request.

6. Defendant Ian Hoffmann was charged by Criminal Complaint, filed on May 12, 2019, with Conspiracy to Commit Controlled Substance Offenses in violation of Title 21, United States Code, Sections 841 and 846. (ECF Entry 1). The parties stipulated to continuance of the preliminary hearing in this matter on several occasions as they negotiated potential resolution of the matter.

7. On January 29, 2021, Defendant Hoffmann appeared via videoconference before United Magistrate Judge Carolyn K. Delaney for arraignment on an Information and filing of a Waiver of Indictment (ECF Entries 64, 66). The matter was set for an initial status conference before Senior United States District Court Judge Morrison C. England, Jr., on March 25, 2021. (ECF Entry 64).

8. The parties stipulated to continuance of the status conference for this matter, including an exclusion of time for defense counsel's preparation, from March 25, 2021 to May 20, 2021. (ECF Entries 68, 69). On March 22, 2021, Assistant U.S. Attorney Grant Rabenn was terminated as counsel of record for the government. Assistant U.S. Attorney Sameul Stefanki was thereafter designated as counsel for the government in this matter. (ECF Entry 70).

9. On May 11, 2021, the parties filed a stipulation requesting to continue the status

ORDER SETTING STATUS
CONFERENCE FOLLOWING
REASSIGNMENT OF CASE

conference set before Judge England (the "Stipulation") from May 20, 2021 to July 29, 2021. (ECF Entry 71). The government thereafter filed a "Notice of Related Cases (ECF Entry 72)" requesting that this matter be assigned to the same district judge as the matter of *United States v. Stuckey*, Case No. 2:20-cr-044 JAM, a closely related matter which had been charged as part of the same conspiracy alleged in the Criminal Complaint.

10. United States District Judge John A. Mendez signed an Order reassigning the Hoffmann matter to his court and vacating any dates currently set. (ECF Entry 73). The Stipulation (ECF Entry 71), including the request for exclusion of time, was not adopted as an order during the intervening period between the filing of the Stipulation and the granting of the Order reassigning this matter to Judge Mendez. This stipulation requests to set the matter for a status conference before Judge Mendez and to clarify that the requested exclusion of time encompasses the period of time from May 20, 2021 to July 27, 2021.

11. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of May 20, 2021 to July 29, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Hoffmann's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

ORDER SETTING STATUS
CONFERENCE FOLLOWING
REASSIGNMENT OF CASE

12. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Samuel Stefanki has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: May 21, 2021  PHILLIP A. TALBERT
Acting United States Attorney

By  */s/ Todd D. Leras for*
SAMUEL E. STEFANKI
Assistant United States Attorney

DATED: May 21, 2021

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
IAN HOFFMANN

ORDER SETTING STATUS CONFERENCE FOLLOWING REASSIGNMENT OF CASE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that a status conference be set in this matter on July 27, 2021, at 9:30 a.m., before the Honorable John A. Mendez. This Order follows reassignment of this case from Senior United States District Judge Morrison C. England, Jr. All previous status conference dates have been vacated. The Court further finds, based on the representations of the parties and Defendant Hoffmann's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 20, 2021, up to and including July 27, 2021.

IT IS SO ORDERED.

DATED: May 21, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER SETTING STATUS
CONFERENCE FOLLOWING
REASSIGNMENT OF CASE