1   PHILLIP A. TALBERT
    Acting United States Attorney
2   SAM STEFANKI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:21-CR-00017 JAM

12                      Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                       FINDINGS AND ORDER

14  IAN HOFFMANN,                        DATE: July 27, 2021
                                         TIME: 9:30 a.m.
15                      Defendant.       COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant Ian

19  Hoffmann, by and through his counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on July 27, 2021.

21        2.      By this stipulation, the defendant now moves to continue the status conference until

22  October 26, 2021, and to exclude time between July 27, 2021, and October 26, 2021, under Local Code

23  T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case

26  includes over 2,000 pages.  All of this discovery has been either produced directly to counsel

27  and/or made available for inspection and copying.

28  ///

b)      Counsel for the defendant desires additional time to consult with his client, review the current charges, review and copy discovery for this matter, and discuss potential resolutions with his client.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 27, 2021, to October 26, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1       4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4       IT IS SO STIPULATED.

5

6   Dated:  July 23, 2021                 PHILLIP A. TALBERT
                                         Acting United States Attorney

7

8                                /s/ SAM STEFANKI
                                SAM STEFANKI

9                                Assistant United States Attorney

10

11   Dated:  July 23, 2021                 /s/ TODD LERAS

12                                  TODD LERAS
                                Counsel for Defendant

13                                IAN HOFFMANN

14

15                          **FINDINGS AND ORDER**

16       IT IS SO FOUND AND ORDERED this 23rd day of July, 2021.

17

18                          /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ

19                          UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28