1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | SAM STEFANKI
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5 |

6 | Attorneys for Plaintiff
United States of America
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,                    CASE NO.  2:21-CR-00017-JAM

12 |                              Plaintiff,       [~~PROPOSED~~] ORDER SEALING DOCUMENTS
AS SET FORTH IN GOVERNMENT'S NOTICE
13 |                      v.

14 | IAN HOFFMANN,

15 |                              Defendant.

16 |

17 |        Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 | Request to Seal, IT IS HEREBY ORDERED that the four-page memorandum pertaining to defendant

19 | Ian Hoffmann, and the government's Request to Seal, shall be SEALED until further order of this Court.

20 | It is further ORDERED that access to the sealed documents shall be limited to the government and

21 | counsel for the defendant.

22 |        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23 | *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

24 | the government's request, sealing the government's motion serves a compelling interest.  The Court

25 | further finds that, in the absence of closure, the compelling interests identified by the government would

26 | be harmed.

27 | ///

28 | ///

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE

1

1      In light of the public filing of its request to seal, the Court further finds that there are no

2   additional alternatives to sealing the government's motion that would adequately protect the compelling

3   interests identified by the government.

4   DATED: November 24, 2021

5                                                            _____
                                                             ALLISON CLAIRE
6                                                            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET                    2
FORTH IN GOVERNMENT'S NOTICE