LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
IAN HOFFMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IAN HOFFMANN,<br><br>　　　　Defendant. | Case No.: 2:21-cr-017 JAM<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　Hon. John A. Mendez<br>Date:　January 11, 2022<br>Time:　9:30 a.m. |

　　　This matter is presently set for a Sentencing Hearing on January 11, 2022.  The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Sam Stefanki and Attorney Todd D. Leras on behalf of Defendant Ian Hoffmann, submit this request to continue the Sentencing Hearing in this matter to April 5, 2022, and to modify the previously

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

set Pre-Sentence Investigation Report (PSR) Disclosure Schedule.

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date: February 22, 2022;

2. Informal Objections to Draft PSR: March 8, 2022;

3. Final PSR Date: March 15, 2022;

4. Motion for Correction Date: March 22, 2022; and

5. Reply Date: March 29, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Sam Stefanki approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: December 7, 2021

By  /s/ Todd D. Leras for
SAM STEFANKI
Assistant United States Attorney

DATED: December 7, 2021

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
IAN HOFFMANN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing for this matter, set for January 11, 2022, is vacated. The Judgment and Sentencing Hearing in this matter is continued to April 5, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

DATED: December 17, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE