```
                   UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       )   Case No. 2:21-CR-00017 JAM
                                )
              Plaintiff,        )
                                )
     v.                         )
                                )
IAN HOFFMANN,                   )
                                )
              Defendant.        )
                                )   RELATED CASE ORDER
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )   Case No. 2:21-CR-00244 KJM
     v.                         )
                                )
GEORGE FRANCO,                  )
                                )
              Defendant.        )
                                )
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are

assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:21-CR-00244-KJM be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:21-CR-00244-JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 3, 2022         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE