1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  IAN HOFFMANN

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                                         | Case No.: 2:21-cr-017 JAM

UNITED STATES OF AMERICA,
12
              Plaintiff,                    ORDER TO CONTINUE SENTENCING
13                                          HEARING AND MODIFY PRE-SENTENCE
                                            INVESTIGATION REPORT DISCLOSURE
14  vs.                                     SCHEDULE

15  IAN HOFFMANN,

16              Defendant.                  Court:    Hon. John A. Mendez
                                            Date:     April 5, 2022
17                                          Time:     9:30 a.m.

18

19

20

21

22

23     This matter is presently set for a Sentencing Hearing on April 5, 2022.  The parties to this

24  action, Plaintiff United States of America by and through Assistant U.S. Attorney Sam Stefanki

25  and Attorney Todd D. Leras on behalf of Defendant Ian Hoffmann, submit this request to

26  continue the Sentencing Hearing in this matter to June 28, 2022, and to modify the previously set

27  ORDER CONTINUING
    SENTENCING HEARING AND
28  MODIFYING PSR DISCLOSURE SCHEDULE

Pre-Sentence Investigation Report (PSR) Disclosure Schedule.

The assigned probation officer has confirmed her availability on the requested date.  The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date: May 17, 2022;

2. Informal Objections to Draft PSR:  May 31, 2022;

3. Final PSR Date:   June 7, 2022;

4. Motion for Correction Date: June 14, 2022; and

5. Reply Date:  June 21, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Sam Stefanki approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.


DATED:  March 30, 2022

By      /s/ Todd D. Leras for
                SAM STEFANKI
                Assistant United States Attorney

DATED: March 30, 2022

By      /s/ Todd D. Leras
                TODD D. LERAS
                Attorney for Defendant
                IAN HOFFMANN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

1

2

**ORDER**

3

4       The Sentencing Hearing for this matter, set for April 5, 2022, is vacated.  The Judgment

5   and Sentencing Hearing in this matter is continued to June 28, 2022, at 9:30 a.m.  The Court

6   adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

7       IT IS SO ORDERED.

8

9
DATED:  March 30, 2022                        /s/ John A. Mendez
10                                              THE HONORABLE JOHN A. MENDEZ
11                                              UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   ORDER CONTINUING
     SENTENCING HEARING AND
28   MODIFYING PSR DISCLOSURE SCHEDULE