LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
IAN HOFFMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IAN HOFFMANN,<br><br>　　　　　Defendant. | Case No.: 2:21-cr-017 JAM<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　Hon. John A. Mendez<br>Date:　June 28, 2022<br>Time:　9:30 a.m. |

　　　This matter is presently set for a Sentencing Hearing on June 28, 2022.  The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Sam Stefanki and Attorney Todd D. Leras on behalf of Defendant Ian Hoffmann, submit this request to continue the Sentencing Hearing in this matter to October 25, 2022, and to modify the

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

previously set Pre-Sentence Investigation Report (PSR) Disclosure Schedule.

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date: September 13, 2022;

2. Informal Objections to Draft PSR: September 27, 2022;

3. Final PSR Date: October 4, 2022;

4. Motion for Correction Date: October 11, 2022; and

5. Reply Date: October 18, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Sam Stefanki approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: June 22, 2022        By    /s/ Todd D. Leras for
                                  SAM STEFANKI
                                  Assistant United States Attorney

DATED: June 22, 2022        By    /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Attorney for Defendant
                                  IAN HOFFMANN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing for this matter, set for June 28, 2022, is vacated. The Judgment and Sentencing Hearing in this matter is continued to October 25, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.


DATED: June 24, 2022                             /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE