LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
IAN HOFFMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IAN HOFFMANN,<br><br>　　　　Defendant. | Case No.: 2:21-cr-017 JAM<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　Hon. John A. Mendez<br>Date:　October 25, 2022<br>Time:　9:00 a.m. |

　　　This matter is presently set for a Sentencing Hearing on October 25, 2022. The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Sam Stefanki and Attorney Todd D. Leras on behalf of Defendant Ian Hoffmann, submit this request to continue the Sentencing Hearing in this matter to February 28, 2023. Defendant has

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

completed his probation interview. The probation officer requires additional time to complete the Pre-Sentence Investigation Report (PSR) and has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to modify the PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date: January 17, 2023;

2. Informal Objections to Draft PSR: January 31, 2023;

3. Final PSR Date: February 7, 2023;

4. Motion for Correction Date: February 14, 2023; and

5. Reply Date: February 21, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Sam Stefanki approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: October 19, 2022

By    */s/ Todd D. Leras for*
         SAM STEFANKI
         Assistant United States Attorney

DATED: October 19, 2022

By    */s/ Todd D. Leras*
         TODD D. LERAS
         Attorney for Defendant
         IAN HOFFMANN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing for this matter, set for October 25, 2022, is vacated. The Sentencing Hearing in this matter is continued to February 28, 2023, at 9:00 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.


DATED:  October 19, 2022           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE