LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
IAN HOFFMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>IAN HOFFMANN,<br><br>                    Defendant. | Case No.: 2:21-cr-017 JAM<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:     Hon. John A. Mendez<br>Date:      February 28, 2023<br>Time:      9:00 a.m. |

This matter is presently set for a Sentencing Hearing on February 28, 2023. The parties
to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Sam
Stefanki and Attorney Todd D. Leras on behalf of Defendant Ian Hoffmann, submit this request
to continue the Sentencing Hearing in this matter to June 6, 2023. Defendant has completed his

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

probation interview.  The probation officer requires additional time to complete the Pre-Sentence

Investigation Report (PSR) and has confirmed her availability on the requested date.  The

government, defense counsel, and the probation officer propose to modify the PSR disclosure

schedule as follows:

1. Draft PSR Disclosure Date: April 25, 2023;

2. Informal Objections to Draft PSR:  May 9, 2023;

3. Final PSR Date:   May 16, 2023;

4. Motion for Correction Date: May 23, 2023; and

5. Reply Date:  May 30, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial

Act is not required.  Assistant U.S. Attorney Sam Stefanki approved of the proposed dates and

authorized Todd D. Leras via email to sign this Stipulation on his behalf.


DATED: February 23, 2023

By     */s/ Todd D. Leras for*
SAM STEFANKI
Assistant United States Attorney

DATED: February 23, 2023

By     */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
IAN HOFFMANN


ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing for this matter, set for February 28, 2023, is vacated.  The

Sentencing Hearing in this matter is continued to June 6, 2023, at 9:00 a.m.  The Court adopts

the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.


Dated:  February 24, 2023                    /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE