UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>IAN HOFFMANN,<br><br>       Defendant. | Case No.: 2:21-cr-017 JAM<br><br>**ORDER GRANTING REQUEST TO SEAL** |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATION OF ATTORNEY TODD D. LERAS AND THE ATTACHED FAMILY MEMBER STATEMENTS, shall be **SEALED** until further order of this Court.

Dated: May 30, 2023              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE